Van E. Flury
4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Plaintiff, Pro Per

```
                FILED      ____ LODGED
           ____ RECEIVED   ____ COPY

                JUN 1 3 2011

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual, | CASE NO. |
| Plaintiff, | CIV'11 1166 PHX  DKD |
| vs. | |
| CSC CREDIT SERVICES, INC. (an Ohio foreign corporation,) | **COMPLAINT** |
| DEALER SERVICES CORPORATION (a Delaware corporation;) | (Fair Credit Reporting Act) |
| Defendants. | |

## JURISDICTION AND VENUE

**1)** Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the cause of action alleged against defendants arising under the laws of the United States, pursuant to the: *Fair Credit Reporting Act, ("FCRA") U.S.C. Title 15, section, 1681 et seq.*

**2)** Plaintiff further alleges that the plaintiff, Van E. Flury, at all times material to this action, resides in: Maricopa County, Arizona, at: 4009 W. Kiva Street, Laveen, Arizona 85339.

**3)** Plaintiff further alleges that co-defendant, "CSC CREDIT SERVICES, INC." has its principal place of business located at: 100 Tri- County Parkway, Suite 350,

Complaint - Fair Credit Reporting Act.

Springdale/Cincinnati, OH 45246; and an Ohio registered agent, to wit: CT Corporation, 1300 East 9th Street, Cleveland, OH 44114.

4)  Plaintiff further alleges that co-defendant, "DEALER SERVICES CORPORATION" has its principal place of business located at: 1320 City Center Drive, Suite 100, Carmel, IN 46032; and an Arizona registered/statutory agent, to wit: CT Corporation System, 2394 East Camelback Road, Phoenix, AZ 85016.

## COMPLAINT

5)  Plaintiff further alleges that the defendants collectively violated the provision of the *"Fair Credit Reporting Act" U.S.C. Title 15, §1681b(a,)* with regards to the plaintiff, Van E. Flury, in that they obtained the plaintiff's separate consumer credit reports from <u>Experian</u>, <u>Trans Union</u>, and <u>Equifax</u> *(i.e. made 3 hard inquiries into)* on: 5/26/2011, and a additional 4th *(hard inquiry)* into <u>Trans Union</u> again on: 6/1/2011 - without a permissible purpose in all the <u>4</u> instances alleged - pursuant to: *U.S.C. Title 15, §1681b(a.)*

## PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT

6)  Plaintiff demands a <u>Jury Trial</u> in this matter.

7)  Plaintiff demands relief and judgment as follows:

a)  Against both defendants jointly and/or severally for plaintiff's actual damages (pursuant to: *U.S.C. Title 15, §1681n*) in the matter in the amount of $10,000. (the facts of which to be proven at trial) for their willful noncompliance with the *"Fair Credit Reporting Act."*

b)   Or, in the alternative - against both defendants jointly and/or severally: statutory damages pursuant to *U.S.C. Title 15, §1681n,* in the amount of $4,000. (being $1,000. per alleged violation) for their willful noncompliance with the *"Fair Credit Reporting Act."*

8)   Plaintiff also claims his "Costs" in the action.

DATED this 13th day of June 2011

By : _____
Van E. Flury (pro per)

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777