**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Van E. Flury, | No. CV-11-1166-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| CSC Credit Services; Dealer Services Corporation, | |
| Defendants. | |

We have before us plaintiff's motion to file a supplemental response to defendant's motion for attorney's fees (doc. 29). After plaintiff voluntarily dismissed both defendants, we denied plaintiff's motion to amend the complaint and ordered the clerk to enter final judgment (doc. 24). Defendant Dealer Services Corporation then filed a motion for attorney's fees (doc. 26). Pursuant to LRCiv 54.2, a party must file a motion for an award of attorney's fees within 14 days of judgment. LRCiv 54.2(b)(1). The party's memorandum in support of the motion is due within 60 days of judgment. LRCiv 54.2(b)(2). The opposing party's response to the motion is due 15 days after the memorandum is filed. LRCiv 54.2(b)(3).

Here, however, plaintiff filed his response to the motion before the memorandum was filed. Plaintiff now seeks leave to file a supplemental brief in order to respond to the memorandum.

1    Because a response to the memorandum is allowed under LRCiv 54.2(b)(3), **IT IS**

2    **ORDERED GRANTING** plaintiff's motion to file a supplemental response (doc. 29).

3    Any response shall be filed no later than December 28, 2011.

4    DATED this 20th day of December, 2011.

5

6    _____

7    Frederick J. Martone
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28